# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

JEREMY WOODINGTON,

      **Plaintiff,**

v.                                  Case No:   6:16-cv-897-Orl-37KRS

STOYANOV AND HYMAS,

      **Defendant.**

## ORDER OF DISMISSAL

Before the Court is the parties' Joint Stipulation for Dismissal with Prejudice (Doc. 32), filed May 9, 2017.   Accordingly, it is

**ORDERED** that, pursuant to Federal Rules of Civil Procedure 41(a)(A)(ii), this case is hereby **DISMISSED** with prejudice, with each party to bear its own fees and costs.   The Clerk is directed to **CLOSE** this case.

**DONE AND ORDERED** at Orlando, Florida this 9th day of May, 2017.

ROY B. DALTON JR.
United States District Judge

Copies:   Counsel of Record

